# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODELIO L. CATAROJA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>FRED FOULK,<br><br>　　　　　Respondent. | Case No. EDCV 14-01230-DDP (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and both the original and final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the original Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

Dated: October 14, 2015

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE