JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODELIO L. CATAROJA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>FRED FOULK,<br><br>　　　　　Respondent. | Case No. EDCV 14-01230-DDP (KK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: October 14, 2015

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE